IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC, <br><br> Plaintiff, <br><br> v. <br><br> BOILING CRAB SEAFOOD LLC and SHAODON CHEN, <br><br> Defendants. | CASE NO.: 5:19-cv-00333-PAB <br><br> JUDGE PAMELA A. BARKER |

**STIPULATED DISMISSAL**

Pursuant to the terms of a confidential settlement agreement, the parties, through their undersigned counsel, stipulate to the dismissal of all claims in this action with prejudice, each party to bear its own attorneys' fees, costs and expenses.

Date:   August 6, 2019                                        Respectfully submitted,

*/s Steven E. Klein/*                                            */s Lei Jiang/*
Steven E. Klein (*pro hac vice*)                        Lei Jiang
Email: stevenklein@dwt.com                           Email: ljiang@leijianglaw.com
DAVIS WRIGHT TREMAINE LLP                  LIE JIANG LLC
1300 S.W. Fifth Avenue, Suite 2400               26943 Westwood Road
Portland, Oregon  97201-5610                        Westlake, OH 44145
Telephone:  (503) 241-2300                             Telephone:  440-835-2271
Facsimile:  (503) 778-5299                               Facsimile: 440-835-2817

Mark I. Wallach (Reg. No. 0010948)             *Attorney for Defendants Boiling Crab*
Email: mwallach@walterhav.com                  *Seafood LLC d/b/a/ Boiling House*
John N. Neal (Reg. No. 0075355)                   *Crab Seafood and Shaodon Chen*
Email: *jneal@walterhav.com*
WALTER | HAVERFIELD LLP
1301 East 9th Street, Suite 3500
Cleveland, Ohio 44114
Phone: 216-781-1212/Fax:  216-575-0911

*Attorneys for Plaintiff Boiling Crab*
*Franchise Co. LLC*

4830-1197-0974v.1 0095014-000079

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Lei Jiang
>LEI JIANG LLC
>26943 Westwood Road
>Westlake, OH 44145
>ljiang@leijianglaw.com
>
>*Attorney for Defendants*

>/s *Steven E. Klein* /
>Steven E. Klein